Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421 West Linn, OR 97068
503-621-6633
Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | | |
|---|---|---|
| **PAMELA RAMIREZ,** | ) | |
| | ) | Case No. 3:23-cv-01485-MC |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER - EAJA** |
| | ) | |
| **COMMISSIONER,** | ) | |
| **of Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

It is hereby ORDERED that Defendant shall pay Plaintiff an attorney fee,

pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of

$7,200.00; Plaintiff prevailed and Defendant stipulated to the EAJA motion and the fee

requested thereby. It is further ORDERED that, if there is no offsetable debt under

*Astrue v. Ratliff,* 560 U.S. 586 (2010), Defendant shall pay the fee directly to Plaintiff's

attorney, by check made payable to Bruce Brewer, and shall send the check to Plaintiff's

attorney at his business address: PO Box 421, West Linn, OR 97068.  If offsetable debt

1-ORDER (EAJA)

exists pursuant to *Ratliff*, then it is ORDERED that the check for any remaining funds

after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's

attorney's office at the address stated above.

It is so ORDERED this __23rd___, day of December, 2024.


_s/Michael J. McShane_____
The Honorable Michael J. McShane
U.S. District Court Judge
District of Oregon


Prepared by:
Bruce Brewer OSB #925581
PO Box 421
West Linn, OR 97068
503-621-6633

2-ORDER (EAJA)